UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHANE BELLARD

VERSUS

UNION TANK CAR COMPANY

CIVIL ACTION

NO. 07-394-RET-CN

# **N O T I C E**

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have ten (10) days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written recommendations within ten (10) days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in chambers in Baton Rouge, Louisiana, November 16, 2007.

**MAGISTRATE JUDGE CHRISTINE NOLAND**

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**SHANE BELLARD**

**VERSUS**

**UNION TANK CAR COMPANY**

**CIVIL ACTION**

**NO. 07-394-RET-CN**

## REPORT AND RECOMMENDATION

This action was removed to this Court on June 6, 2007. On June 14, 2007, an Order was issued setting a scheduling conference for October 25, 2007. On October 25, 2007, pro se plaintiff, Shane Bellard, failed to appear for the conference. Therefore, the Court issued an Order setting a show cause hearing for November 8, 2007, for Mr. Bellard to show why this suit should not be dismissed and other appropriate sanctions imposed for failure to appear for the scheduling conference. Mr. Bellard, failed to appear when the case was called. On November 8, 2007, the Court issued an Order for another show cause hearing, for Mr. Bellard to show why this suit should not be dismissed and other appropriate sanctions imposed for failure to appear for the scheduling conference and for failure to appear for the show cause hearing scheduled for November 8, 2007. This hearing was scheduled for November 16, 2007. Mr. Bellard, again failed to appear when the case was called.[1]

---

[1] The record docket sheet shows that Mr. Bellard received notice of all of these hearings through email and that no "bounce back" that the emails did not go through was ever received by the Clerk.

In accordance with Rule 16(f) and Rule 37 (b)(2)(C) of the Federal Rules of Civil Procedure, a civil action may be dismissed by the Court for failure to comply with the Orders of the Court. In the present case, pro se plaintiff failed to comply with three (3) orders of this Court, i.e., the Order of June 14, 2007, the Order of October 25, 2007, and the Order of November 8, 2007.

The failure of the plaintiff to prosecute this case has effectively derailed the progress of this action, and as a practical matter, the case cannot proceed if the plaintiff does not proceed. Barring the plaintiff from calling any witnesses or pursuing any defenses at a trial would be ineffective because in the absence of a plaintiff, there can be no such trial or hearing. Therefore, the imposition of sanctions short of dismissal, without prejudice, would be ineffective under the circumstances of this case. <u>John v. State of Louisiana, et al.</u>, 828 F.2d 1129 (5th Cir. 1987).

## **RECOMMENDATION**

It is recommended that this matter be dismissed for failure to obey the Orders of the Court, in accordance with Rule 16(f) and Rule 37(b)(2)(C) of the Federal Rules of Civil Procedure.

Signed in chambers in Baton Rouge, Louisiana, November 16, 2007.

**MAGISTRATE JUDGE CHRISTINE NOLAND**