UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



| | |
|---|---|
| SHANE BELLARD | CIVIL ACTION |
| VERSUS | |
| UNION TANK CAR COMPANY | NO. 07-394-C |

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated November 16, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the this matter will be dismissed for failure to obey the orders of the court, in accordance with Rule 16(f) and Rule 37(b)(2)(C) of the Federal Rules of Civil Procedure.

Baton Rouge, Louisiana, December  20  , 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA