UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHANE BELLARD

VERSUS

UNION TANK CAR COMPANY

CIVIL ACTION

NO. 07-394-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that this matter is dismissed for failure to obey the orders of the court, in accordance with Rule 16(f) and Rule 37(b)(2)(C) of the Federal Rules of Civil Procedure.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, December 20, 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA